JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKORIE OKOROCHA,<br><br>          Plaintiff(s),<br><br>     v.<br><br>PATRICK DUFF, et al.,<br><br>          Defendant(s) | CASE NO. CV12-4248-GAF (FFMx)<br><br>ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF STAY PENDING APPEAL |

The Court having stayed this action pending appeal on June 10, 2013,

IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court.

IT IS FURTHER ORDERED that counsel for plaintiff file a semi-annual status report commencing on May 1, 2014.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

IT IS SO ORDERED.

DATED: January 9, 2014

_____
GARY ALLEN FEESS
United States District Judge

**JS-6**